UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAH LOPEZ,<br><br>                              Plaintiff,<br><br>           -against-<br><br>U.S. DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE; HUDSON RIVER PARK TRUST; NEW YORK STATE EXECUTIVE CHAMBER; NEW YORK STATE DEPARTMENT OF PARKS, RECREATION AND HISTORIC PRESERVATION,<br><br>                              Defendants. | 22-CV-4744 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 3, 2023
         New York, New York

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge